**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

_____

In re:                                        :        Case# 19-14074
    Michael A. David                    :
                                        :
_____ :

**DEBTOR MICHAEL A. DAVID'S MOTION TO EXTEND AUTOMATIC STAY**
**PURSUANT TO 11 U.S.C. SECTION 362(c)**

    Debtor Michael A. David files the herein Motion to Extend the Automatic Stay pursuant to 11 U.S.C. Section 362(c) and in support hereof avers the following:

1. On June 26, 2018 Debtor filed the instant Chapter 13 Petition.

2. This is Debtor's Second Bankruptcy filing within the past year of dismissal. The last case, case# 17-18598 was dismissed due to failure to timely make payments.

3. There has been a substantial change in circumstances in that Debtor makes more income than her previous bankruptcy (approximately $10,000 per year gross more) than the income he made in his prior bankruptcy with slightly less monthly expenses. As a result, Debtor has approximately more disposable income than his previous bankruptcy.

4. The instant Bankruptcy filing is in good faith and Debtor has sufficient disposable income to fund the Plan filed in this case.

5. Debtor needs the automatic stay extended beyond thirty (30) days so he can be protected from future collection activities of her creditors and have an opportunity to effectively reorganize in this case.

    WHEREFORE, Debtor requests that this Honorable Court grant the herein Motion and enter the attached Order.

Dated: July 3, 2019                              \s\ Jermaine Harris, Esquire
                                            _____
                                            Jermaine Harris, Esquire
                                            100 South Broad Street, Suite 1523
                                            Philadelphia, PA 19110
                                            (215)385-1091

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

_____ _____

In re:                                              :           Case# 19-14074
    Michael A. David                :
                                                :
_____ _____ _:

**ORDER**

    AND NOW, this _____ day of _____ 2018, upon consideration of Debtor Michael A. David's Motion to Extend the Automatic Stay and any response thereto

    IT IS HEREBY ORDERED that the Automatic Stay as stated in 11 U.S.C. Section 362(a) is extended as to all of Debtor's creditors forthwith.

                                                                        _____
                                                                        J.

**CERTIFICATE OF SERVICE**

      I, Jermaine Harris, attorney for Debtor hereby certify that on July 3, 2019, I served all creditors listed in Schedules D, E, and F with a true and correct copy of Debtor's Motion to Extend stay via first class regular mail.

\s\ Jermaine Harris, Esquire

Dated:  July 3, 2019    _____

Jermaine Harris, Esquire