United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 19-14074-jkf
Michael Alexander David                                                   Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: ChrissyW          Page 1 of 1           Date Rcvd: Jul 03, 2019
                         Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 05, 2019.
db             +Michael Alexander David,    6037 Lansdowne Ave,    Philadelphia, PA 19151-3937

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 05, 2019                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 3, 2019 at the address(es) listed below:
              JERMAINE D. HARRIS    on behalf of Debtor Michael Alexander David jermaineh02@msn.com
              REBECCA ANN SOLARZ    on behalf of Creditor    LAKEVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    LSF10 MASTER PARTICIPATION TRUST paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 5

In the United States Bankruptcy Court
For the Eastern District of Pennsylvania

In re:  Chapter 13

MICHAEL ALEXANDER DAVIS

Debtor(s)  Bankruptcy NO.  19-14074-JKF

## Order

And Now, upon consideration of the Debtor(s)' Motion to Extend Automatic Stay Pursuant to 11 U.S.C. Section 362(c), it is hereby

Ordered that the Automatic Stay under 11 U.S.C. Section 362 is to remain in full force and effect as to all creditors until a hearing is held on **July 31, 2019 at 9:30 a.m.** in Bankruptcy Courtroom #3, Robert N.C. Nix, Sr., Federal Building & Post Office, 900 Market Street, 2nd Floor, Philadelphia, PA 19107 to consider further extension of the stay.

By the Court:

Dated: July 3, 2019

Jean K. FitzSimon
United States Bankruptcy Judge