**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

_____ _____
In re:                            :          Case# 19-14074
    Michael A. David       :
                                   :
_____ _____ _:

**ORDER**

    AND NOW, this _____ day of _____ 2018, upon consideration of Debtor Michael A. David's Motion to Extend the Automatic Stay and any response thereto

    IT IS HEREBY ORDERED that the Automatic Stay as stated in 11 U.S.C. Section 362(a) is extended as to all of Debtor's creditors forthwith.

*/s/ Jean K. FitzSimon*
_____
J.

**Date: July 31, 2019**