UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DATE: 9/19/19

To: JEROME B. BLANK
Phelan Hallinan & Schmieg LLP
1617 JFK Boulevard
Philadelphia, PA 19103

                                      In re: Michael Alexander David
                                      Bankruptcy No. 19-14074-jkf
                                      Adversary No.
                                      Chapter 13

Re: Motion for Relief from Stay RE: 6037 Lansdowne Avenue, Philadelphia, PA 19151. Filed by LSF10 MASTER PARTICIPATION TRUST

The above document(s) were filed in this office on 9/18/19. Please be advised that the filing fee has not been received as required pursuant to the Federal Rules of Bankruptcy Procedure and/or the Local Rules of this court.

       ( )        Voluntary Petition Amount
       ( )        Adversary Proceeding Amount
       ( )        $31.00 Filing Fee for Amendments
       ( )        $25.00 Claims Transfer Fee
       (xx)      Motion Filing Fee Amount- $181.00

Please submit the payment(s) within seven (7) days from the date of this notice as required by the courts standing order Misc. No. Order 15-3008REF. If the delinquency is not paid, this matter will be referred to the Chief Judge.

                                            Timothy B. McGrath
                                            Clerk


                                            By: **C. Wagner**
                                              Deputy Clerk

*Fee Notice*
*(11/26/18)*