IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13
MICHAEL ALEXANDER DAVID :
A/K/A MICHAEL DAVID : BK. No. 19-14074 JKF
DOROTHY DAVID (Non-Filing Co-Debtor) :
                Debtors :

## ORDER

AND NOW, this 21st day of October, 2019, it is hereby **ORDERED** that the corresponding Stipulation is hereby approved. ~~shall be, and is hereby made an Order of this Court; and it is further;~~

**ORDERED** that FEDERAL RULE OF BANKRUPTCY PROCEDURE 3002.1 is no longer applicable to Movant, its successors or assignees.

*/s/ Jean K. Fitzsimon*

**JEAN K. FITZSIMON,**
**Bankruptcy Judge**

SCOTT WATERMAN, ESQ.
CHAPTER 13 TRUSTEE
2901 ST. LAWRENCE AVE.
SUITE 100
READING, PA 19606

JERMAINE D. HARRIS, ESQ.
21 SOUTH 12TH STREET
SUITE 100
PHILADELPHIA, PA 19107

JEROME B. BLANK, ESQ.
PHELAN HALLINAN DIAMOND & JONES, LLP
1617 JFK BLVD, SUITE 1400
PHILADELPHIA, PA 19103

UNITED STATES TRUSTEE
200 CHESTNUT STREET, SUITE 502
PHILADELPHIA, PA 19106

MICHAEL ALEXANDER DAVID
A/K/A MICHAEL DAVID
6037 LANSDOWNE AVE
PHILADELPHIA, PA 19151

DOROTHY DAVID
6037 LANSDOWNE AVENUE
PHILADELPHIA, PA 19151