United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Michael Alexander David  
       Debtor

Case No. 19-14074-jkf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2   User: ChrissyW   Page 1 of 1   Date Rcvd: Oct 21, 2019  
                        Form ID: pdf900   Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 23, 2019.  
db          +Michael Alexander David,   6037 Lansdowne Ave,   Philadelphia, PA 19151-3937

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                   TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 23, 2019                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 21, 2019 at the address(es) listed below:  
      JERMAINE D. HARRIS    on behalf of Debtor Michael Alexander David jermaineh02@msn.com  
      JEROME B. BLANK    on behalf of Creditor    LSF10 MASTER PARTICIPATION TRUST paeb@fedphe.com  
      POLLY A. LANGDON    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com, ecf_frpa@trustee13.com  
      REBECCA ANN SOLARZ    on behalf of Creditor    LAKEVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com  
      SCOTT F. WATERMAN (Chapter 13)    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com  
      SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com  
      THOMAS YOUNG.HAE SONG    on behalf of Creditor    LSF10 MASTER PARTICIPATION TRUST paeb@fedphe.com  
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                       TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13
MICHAEL ALEXANDER DAVID :
A/K/A MICHAEL DAVID : BK. No. 19-14074 JKF
DOROTHY DAVID (Non-Filing Co-Debtor) :
                Debtors :

## ORDER

AND NOW, this 21st day of October, 2019, it is hereby **ORDERED** that the corresponding Stipulation is hereby approved, ~~shall be, and is hereby made an Order of this Court; and it is further;~~

**ORDERED** that FEDERAL RULE OF BANKRUPTCY PROCEDURE 3002.1 is no longer applicable to Movant, its successors or assignees.

_____
**JEAN K. FITZSIMON,**
**Bankruptcy Judge**

SCOTT WATERMAN, ESQ.
CHAPTER 13 TRUSTEE
2901 ST. LAWRENCE AVE.
SUITE 100
READING, PA 19606

JERMAINE D. HARRIS, ESQ.
21 SOUTH 12TH STREET
SUITE 100
PHILADELPHIA, PA 19107

JEROME B. BLANK, ESQ.
PHELAN HALLINAN DIAMOND & JONES, LLP
1617 JFK BLVD, SUITE 1400
PHILADELPHIA, PA 19103

UNITED STATES TRUSTEE
200 CHESTNUT STREET, SUITE 502
PHILADELPHIA, PA 19106

MICHAEL ALEXANDER DAVID
A/K/A MICHAEL DAVID
6037 LANSDOWNE AVE
PHILADELPHIA, PA 19151

DOROTHY DAVID
6037 LANSDOWNE AVENUE
PHILADELPHIA, PA 19151