UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>MICHAEL ALEXANDER DAVID<br><br>Debtor | Chapter 13<br>Bankruptcy No.19-14074-JKF |

CERTIFICATE OF SERVICE

I, Deborah A. Earnshaw, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 15th day of November, 2019, by first class mail upon those listed below:

MICHAEL ALEXANDER DAVID
6037 LANSDOWNE AVE
PHILADELPHIA, PA  19151

**Electronically via CM/ECF System Only:**

JERMAINE HARRIS ESQ
100 S BROAD ST
SUITE 1523
PHILADELPHIA, PA  19110-1026

/s/ Deborah A. Earnshaw
Deborah A. Earnshaw
for
Scott F. Waterman, Esquire
Standing Chapter 13 Trustee