United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                          Case No. 19-14074-jkf
Michael Alexander David                                         Chapter 13
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: Randi              Page 1 of 1           Date Rcvd: Dec 11, 2019
                              Form ID: pdf900          Total Noticed: 12
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 13, 2019.
db            +Michael Alexander David,    6037 Lansdowne Ave,    Philadelphia, PA 19151-3937
14383271      +LAKEVIEW LOAN SERVICING, LLC,    PO BOX 840,   Buffalo, NY 14240-0840
14352349       LSF10 MASTER PARTICIPATION TRUST,    c/o Thomas Song, Esq.,
                Phelan Hallinan Diamond & Jones, LLP,    1617 JFK Boulevard, Suite 1400,
                One Penn Center Plaza,    Philadelphia, PA 19103
14352528      +Lakeview Loan SErvicing LLC,    c/o  Rebecca A Solarz, Esquire,    701 Market Street, Suite 5000,
                Philadelphia, PA 19106-1541

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: megan.harper@phila.gov Dec 12 2019 03:22:24      City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 12 2019 03:22:14      U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
14364986      +E-mail/Text: bnc@atlasacq.com Dec 12 2019 03:21:51      Atlas Acquisitions LLC,    294 Union St.,
                Hackensack, NJ 07601-4303,    Attn: Avi Schild
14364678      +E-mail/Text: bnc@atlasacq.com Dec 12 2019 03:21:51      Atlas Acquisitions LLC,    294 Union St.,
                Hackensack, NJ 07601-4303
14382815      +E-mail/Text: ECMBKMail@Caliberhomeloans.com Dec 12 2019 03:22:29
                LSF 10 Master Participation Trust,    c/o Caliber Home Loans, Inc,    13801 Wireless Way,
                Oklahoma City  OK 73134-2500
14371057      +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 12 2019 03:22:07
                Pennsylvania Department of Revenue,    Bankruptcy Division PO BOX 280946,
                Harrisburg, PA 17128-0946
14382208       E-mail/PDF: resurgentbknotifications@resurgent.com Dec 12 2019 03:13:02
                Pinnacle Credit Services, LLC,    Resurgent Capital Services,    PO Box 10587,
                Greenville, SC 29603-0587
14391926      +E-mail/Text: megan.harper@phila.gov Dec 12 2019 03:22:24      Water Revenue Bureau,
                c/o City of Philadelphia Law Department,    Tax & Revenue Unit,    Bankruptcy Group, MSB,
                1401 John F. Kennedy Blvd., 5th Floor,    Philadelphia, PA 19102-1613
                                                                                              TOTAL: 8

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*           Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
cr*           +Atlas Acquisitions LLC,    294 Union St.,   Hackensack, NJ 07601-4303
                                                                                     TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 13, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 11, 2019 at the address(es) listed below:
          JERMAINE D. HARRIS    on behalf of Debtor Michael Alexander David jermaineh02@msn.com
          JEROME B. BLANK    on behalf of Creditor    LSF10 MASTER PARTICIPATION TRUST paeb@fedphe.com
          POLLY A. LANGDON    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com
          REBECCA ANN SOLARZ    on behalf of Creditor    LAKEVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com
          SCOTT F. WATERMAN (Chapter 13)    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
           ECFMail@ReadingCh13.com
          SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
          THOMAS YOUNG.HAE SONG    on behalf of Creditor    LSF10 MASTER PARTICIPATION TRUST paeb@fedphe.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 8
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>　　MICHAEL ALEXANDER DAVID<br><br>　　　　　　　　　Debtor | Chapter 13<br><br>Bankruptcy No. 19-14074-JKF |

ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: December 11, 2019**

_____
JEAN K. FITZSIMON
U.S. BANKRUPTCY JUDGE