**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re:   Michael Alexander David           :           Bankruptcy # 19-14074
                                           :
_____  :

**NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE**

The Debtor has filed a Motion to Sell Real Estate.

Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult an attorney.)

1. If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before December 31, 2019 you or your attorney must do all of the following:

    (a) file an objection explaining your position at the clerk's office, 900 Market Street, 4th Floor, Philadelphia, PA 19107.

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

    (b) mail a copy to the movant's attorney:

    Jermaine Harris, Esquire
    100 South Broad Street, Suite 1523
    Philadelphia, PA 19110
    (215)3851-091

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3. A hearing on the motion is scheduled to be held before the Honorable Ashley Chan On January 7, 2020 at 9:30 am in Courtroom #3, United States Bankruptcy Court, 900 Market Street, Philadelphia, PA 19107.

4. If a copy of the Motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b) above.

    5. You may contact the Bankruptcy Clerk's office at (215)408-2800 to find out whether The hearing has been canceled because no one has filed an answer.

Dated:  December 15, 2019           \s\

_____
Jermaine Harris, Esquire
100 South Broad Street, Suite 1523
Philadelphia, PA 19110
(215)385-1091

CERTIFICATE OF SERVICE

    I, Jermaine Harris, Esquire, hereby certify that I served a true and correct copy of Debtor's Notice of Motion concerning Motion to Reconsider Dismissal of Bankruptcy Case via the Court's electronic filing system on December 15, 2019 and by first class regular mail upon all creditors who filed a proof of claim in this matter and the Standing Chapter 13 Trustee's Office.

|  |  |
|---|---|
| Dated: December 15, 2019 | \s\ _____ |
|  | Jermaine Harris, Esquire |
|  | 100 South Broad Street, Suite 1523 |
|  | Philadelphia, PA 19110 |
|  | (215)385-1091 |