**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:    :    Case# 19-14074
    Michael David   :
                    :    Chapter 13
                    :

**ORDER**

AND NOW, this 7th day of January, 2020, upon consideration of Debtor's Motion to Reconsider Dismissal of Bankruptcy Case, ~~and any response thereto~~

IT IS HEREBY ORDERED THAT the Motion is GRANTED and the December 11, 2019 Order dismissing Debtor's Case is hereby VACATED;

IT IS FURTHER ORDERED THAT Debtor's Case is hereby reinstated and the automatic stay as provided in 11 U.S.C. Section 362 is herein reinstated.

*/s/ Jean K. FitzSimon*
_____
Judge Jean K. FitzSimon