IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____
In re:                          :                    CASE# 19-14074
    Michael David        :
                                 :
_____  :

**CERTIFICATE OF NO OBJECTION TO DEBTORS' MOTION TO RECONSIDER ORDER DISMISSING BANKRUPTCY**

    Jermaine Harris, Esquire, attorney for Michael David, hereby certify that I filed and served Debtor's Motion to Reconsider Order Dismissing Bankruptcy on December 15, 2019 and notice to all interested parties, that no response has been filed, and the deadline to file a responsive pleading has passed.  I therefore request that the Court enter the attached Order.

                                                                    \s\

Dated:  January 7, 2020                                      _____
                                                                     Jermaine Harris, Esquire
                                                                     100 South Broad Street, Suite 1523
                                                                     Philadelphia, PA 19110
                                                                     (215)385-1091

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

_____
In re:                    :                    CASE# 19-14074
    Michael David      :
                                :
_____ :

**ORDER**

    AND NOW, this _____ day of, 2018, upon consideration of Debtor's Motion to Reconsider Order Dismissing Bankruptcy and any response thereto,

    IT IS HEREBY ORDERED THAT the Motion is hereby GRANTED and the December 11, 2019 Order dismissing this case is hereby VACATED.

                                                                      _____
                                                                      J.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

_____

In re:                           :                    CASE# 19-14074
    Michael David      :
                               :
_____ :

**CERTIFICATE OF SERVICE**

    I, Jermaine Harris, Esquire, hereby certify that I served a true and correct copy of Debtor's Certificate of No Objection to Debtor's Motion to Reconsider Order Dismissing Order via first class regular mail and the court's electronic system on January 7, 2020.

Polly Langdon, Esquire
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

    And

All creditors listed in schedules D, E, and F
Of Debtor's Petition

\s\
_____
Jermaine Harris, Esquire
100 South Broad Street, Suite 1523
Philadelphia, PA 19110
(215)385-1091