United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                            Case No. 19-14074-jkf
Michael Alexander David                                           Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: ChrissyW          Page 1 of 1          Date Rcvd: Jan 07, 2020
                             Form ID: pdf900          Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 09, 2020.
db              +Michael Alexander David,   6037 Lansdowne Ave,   Philadelphia, PA 19151-3937
14383271        +LAKEVIEW LOAN SERVICING, LLC,   PO BOX 840,   Buffalo, NY 14240-0840
14352349         LSF10 MASTER PARTICIPATION TRUST,   c/o Thomas Song, Esq.,
                 Phelan Hallinan Diamond & Jones, LLP,   1617 JFK Boulevard, Suite 1400,
                 One Penn Center Plaza,   Philadelphia, PA 19103
14352528        +Lakeview Loan SErvicing LLC,   c/o   Rebecca A Solarz, Esquire,   701 Market Street, Suite 5000,
                 Philadelphia, PA 19106-1541

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: megan.harper@phila.gov Jan 08 2020 03:07:33      City of Philadelphia,
                 City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 08 2020 03:07:28      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
14364986        +E-mail/Text: bnc@atlasacq.com Jan 08 2020 03:07:04      Atlas Acquisitions LLC,   294 Union St.,
                 Hackensack, NJ 07601-4303,   Attn: Avi Schild
14364678        +E-mail/Text: bnc@atlasacq.com Jan 08 2020 03:07:03      Atlas Acquisitions LLC,   294 Union St.,
                 Hackensack, NJ 07601-4303
14382815        +E-mail/Text: ECMBKMail@Caliberhomeloans.com Jan 08 2020 03:07:42
                 LSF 10 Master Participation Trust,   c/o Caliber Home Loans, Inc,   13801 Wireless Way,
                 Oklahoma City  OK 73134-2500
14371057        +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 08 2020 03:07:17
                 Pennsylvania Department of Revenue,   Bankruptcy Division PO BOX 280946,
                 Harrisburg, PA 17128-0946
14382208         E-mail/PDF: resurgentbknotifications@resurgent.com Jan 08 2020 03:21:41
                 Pinnacle Credit Services, LLC,   Resurgent Capital Services,   PO Box 10587,
                 Greenville, SC 29603-0587
14391926        +E-mail/Text: megan.harper@phila.gov Jan 08 2020 03:07:33      Water Revenue Bureau,
                 c/o City of Philadelphia Law Department,   Tax & Revenue Unit,   Bankruptcy Group, MSB,
                 1401 John F. Kennedy Blvd., 5th Floor,   Philadelphia, PA 19102-1613
                                                                                TOTAL: 8

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*             Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
cr*             +Atlas Acquisitions LLC,   294 Union St.,   Hackensack, NJ 07601-4303
                                                                    TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 09, 2020                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 7, 2020 at the address(es) listed below:
          JERMAINE D. HARRIS   on behalf of Debtor Michael Alexander David jermaineh02@msn.com
          JEROME B. BLANK   on behalf of Creditor   LSF10 MASTER PARTICIPATION TRUST paeb@fedphe.com
          POLLY A. LANGDON   on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com
          REBECCA ANN SOLARZ   on behalf of Creditor   LAKEVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com
          SCOTT F. WATERMAN (Chapter 13)   on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
           ECFMail@ReadingCh13.com
          SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
          THOMAS YOUNG.HAE SONG   on behalf of Creditor   LSF10 MASTER PARTICIPATION TRUST paeb@fedphe.com
          United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
                                                                                TOTAL: 8

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

_____

In re:                          :                    Case# 19-14074

     Michael David   :

                         :                    Chapter 13

_____ :

**ORDER**

     AND NOW, this    7th         day of    January          , 2020, upon consideration of Debtor's
Motion to Reconsider Dismissal of Bankruptcy Case, and any response thereto.

     IT IS HEREBY ORDERED THAT the Motion is GRANTED and the December 11, 2019 Order
dismissing Debtor's Case is hereby VACATED;

     IT IS FURTHER ORDERED THAT Debtor's Case is hereby reinstated and the automatic stay as
provided in 11 U.S.C. Section 362 is herein reinstated.

_____

Ɩ Judge Jean K. FitzSimon