UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                           : Chapter 13

   MICHAEL ALEXANDER DAVID    :  Bankruptcy No.  19-14074JKF

   Debtor(s)                      :

## PRAECIPE

Kindly (re)schedule a Confirmation Hearing on <u>February 12, 2020</u> at 10:00 A.M. in the above-captioned matter, with notice to debtor(s), debtor's counsel, standing trustee and all creditors.

                                                                                             Respectfully submitted,

Date:  January 21, 2020                                                     */s/ Polly A. Langdon*
                                                                                      Polly A. Langdon, Esq.
                                                                                      for
                                                                                      Scott F. Waterman, Esq.,
                                                                                      Chapter 13 Standing Trustee
                                                                                      2901 St. Lawrence Avenue
                                                                                      Reading, PA 19606-0410
                                                                                      Telephone:  (610) 779-1313