United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                            Case No. 19-14074-jkf
Michael Alexander David                                                           Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2      User: ChrissyW        Page 1 of 1       Date Rcvd: Jan 22, 2020
                          Form ID: 152          Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 24, 2020.
```
db            +Michael Alexander David,    6037 Lansdowne Ave,    Philadelphia, PA 19151-3937
14383271      +LAKEVIEW LOAN SERVICING, LLC,    PO BOX 840,    Buffalo, NY 14240-0840
14352349       LSF10 MASTER PARTICIPATION TRUST,    c/o Thomas Song, Esq.,
                Phelan Hallinan Diamond & Jones, LLP,    1617 JFK Boulevard, Suite 1400,
                One Penn Center Plaza,    Philadelphia, PA 19103
14352528      +Lakeview Loan SErvicing LLC,    c/o  Rebecca A Solarz, Esquire,    701 Market Street, Suite 5000,
                Philadelphia, PA 19106-1541
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: megan.harper@phila.gov Jan 23 2020 03:57:43     City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 23 2020 03:57:38     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14364986      +E-mail/Text: bnc@atlasacq.com Jan 23 2020 03:57:05     Atlas Acquisitions LLC,    294 Union St.,
                Hackensack, NJ 07601-4303,    Attn: Avi Schild
14364678      +E-mail/Text: bnc@atlasacq.com Jan 23 2020 03:57:04     Atlas Acquisitions LLC,    294 Union St.,
                Hackensack, NJ 07601-4303
14382815      +E-mail/Text: ECMBKMail@Caliberhomeloans.com Jan 23 2020 03:58:04
                LSF 10 Master Participation Trust,    c/o Caliber Home Loans, Inc,    13801 Wireless Way,
                Oklahoma City  OK 73134-2500
14371057      +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 23 2020 03:57:18
                Pennsylvania Department of Revenue,    Bankruptcy Division PO BOX 280946,
                Harrisburg, PA 17128-0946
14382208       E-mail/PDF: resurgentbknotifications@resurgent.com Jan 23 2020 03:53:51
                Pinnacle Credit Services, LLC,    Resurgent Capital Services,    PO Box 10587,
                Greenville, SC 29603-0587
14391926      +E-mail/Text: megan.harper@phila.gov Jan 23 2020 03:57:43     Water Revenue Bureau,
                c/o City of Philadelphia Law Department,    Tax & Revenue Unit,    Bankruptcy Group, MSB,
                1401 John F. Kennedy Blvd., 5th Floor,    Philadelphia, PA 19102-1613
                                                                                             TOTAL: 8

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*           Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 24, 2020                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 22, 2020 at the address(es) listed below:
```
              JERMAINE D. HARRIS    on behalf of Debtor Michael Alexander David jermaineh02@msn.com
              JEROME B. BLANK    on behalf of Creditor    LSF10 MASTER PARTICIPATION TRUST paeb@fedphe.com
              POLLY A. LANGDON    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com
              REBECCA ANN SOLARZ    on behalf of Creditor    LAKEVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com
              SCOTT F. WATERMAN (Chapter 13)    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
               ECFMail@ReadingCh13.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    LSF10 MASTER PARTICIPATION TRUST paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 8
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Michael Alexander David

    Debtor(s)

Case No: 19–14074–jkf

Chapter: 13

---

### *NOTICE OF RESCHEDULED HEARING*

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Jean K. FitzSimon

, United States Bankruptcy Court 2/12/20 at 10:00 AM , in Courtroom #3, 900 Market Street, Philadelphia, PA 19107

 

For The Court

Timothy B. McGrath
Clerk of Court

48 – 36
Form 152