IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

---------------------------------------------------------x
In re:                                          :
                                                :    In Chapter 13
   Michael Alexander David            :
                                                :    Bankruptcy No. 19-14074 (jkf)
               Debtor.  :
---------------------------------------------------------x

**PRAECIPE TO WITHDRAW PROOF OF CLAIM**

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw Proof of Claim number 6-1 filed by the City of Philadelphia on February 21, 2020 in the amount of $ 2,161.88.

Respectfully submitted,

THE CITY OF PHILADELPHIA

Dated: February 21, 2020    **By:**   **/s/ Pamela Elchert Thurmond**
**PAMELA ELCHERT THURMOND**
**Deputy City Solicitor**
**PA Attorney I.D. 202054**
**City of Philadelphia Law Department**
**1401 JFK Blvd., 5th Floor**
**Philadelphia, PA  19102-1595**
**215-686-0508 (phone)**
**215-686-0588 (facsimile)**
**Email: Pamela.Thurmond@phila.gov**