**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re:                                              :                    Case# 19-14074
    Michael Alexander David:
_____:

**ADDENDUM TO DEBTOR'S THIRD AMENDED PLAN**

    Debtor hereby submits this addendum to his Third Amended Plan that was filed on April 30, 2020. Debtor will hereby increase his Plan total from $68,252 to $68,949.22 (a $697.22 difference) and pay said difference at the end of his Plan.

    \s\

Dated:  June 16, 2020                                    _____
                                                            Jermaine Harris, Esquire