United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Michael Alexander David  
    Debtor  

Case No. 19-14074-amc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: ChrissyW    Page 1 of 2    Date Rcvd: Aug 11, 2020  
                        Form ID: 167    Total Noticed: 10

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 13, 2020.
```
db             +Michael Alexander David,    6037 Lansdowne Ave,    Philadelphia, PA 19151-3937
14383271       +LAKEVIEW LOAN SERVICING, LLC,    PO BOX 840,    Buffalo, NY 14240-0840
14352349        LSF10 MASTER PARTICIPATION TRUST,    c/o Thomas Song, Esq.,
                 Phelan Hallinan Diamond & Jones, LLP,    1617 JFK Boulevard, Suite 1400,
                 One Penn Center Plaza,    Philadelphia, PA 19103
14352528       +Lakeview Loan SErvicing LLC,    c/o  Rebecca A Solarz, Esquire,    701 Market Street, Suite 5000,
                 Philadelphia, PA 19106-1541
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14364986       +E-mail/Text: bnc@atlasacq.com Aug 12 2020 04:24:39      Atlas Acquisitions LLC,    294 Union St.,
                 Hackensack, NJ 07601-4303,    Attn: Avi Schild
14364678       +E-mail/Text: bnc@atlasacq.com Aug 12 2020 04:24:39      Atlas Acquisitions LLC,    294 Union St.,
                 Hackensack, NJ 07601-4303
14391926        E-mail/Text: megan.harper@phila.gov Aug 12 2020 04:24:57      Water Revenue Bureau,
                 c/o City of Philadelphia Law Department,    Tax & Revenue Unit,    Bankruptcy Group, MSB,
                 1401 John F. Kennedy Blvd., 5th Floor,    Philadelphia, PA 19102-1595
14382815       +E-mail/Text: ECMBKMail@Caliberhomeloans.com Aug 12 2020 04:25:09
                 LSF 10 Master Participation Trust,    c/o Caliber Home Loans, Inc,    13801 Wireless Way,
                 Oklahoma City   OK 73134-2500
14371057       +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 12 2020 04:24:46
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO BOX 280946,
                 Harrisburg, PA 17128-0946
14382208        E-mail/PDF: resurgentbknotifications@resurgent.com Aug 12 2020 04:32:52
                 Pinnacle Credit Services, LLC,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
                                                                                              TOTAL: 6
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +Atlas Acquisitions LLC,    294 Union St.,    Hackensack, NJ 07601-4303
14471134*     ++CITY OF PHILADELPHIA LAW DEPARTMENT,    MUNICIPAL SERVICES BUILDING,
                 1401 JOHN F KENNEDY BLVD 5TH FLOOR,    PHILADELPHIA PA 19102-1617
                (address filed with court:  Water Revenue Bureau,    c/o City of Philadelphia Law Department,
                 Tax & Revenue Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
                 Philadelphia, PA  19102-1595)
                                                                                               TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 13, 2020                                        Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)  
system on August 11, 2020 at the address(es) listed below:
```
              JERMAINE D. HARRIS    on behalf of Debtor Michael Alexander David jermaineh02@msn.com
              JEROME B. BLANK    on behalf of Creditor    LSF10 MASTER PARTICIPATION TRUST paeb@fedphe.com
              PAMELA ELCHERT THURMOND    on behalf of  Water Revenue Bureau Group MSB pamela.thurmond@phila.gov,
               karena.blaylock@phila.gov
              POLLY A. LANGDON    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com
              REBECCA ANN SOLARZ    on behalf of Creditor    LAKEVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com
              ROBERT J. DAVIDOW    on behalf of Creditor    U.S. BANK TRUST, N.A Et.Al
               robert.davidow@phelanhallinan.com
              SCOTT F. WATERMAN (Chapter 13)    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
               ECFMail@ReadingCh13.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
```

```
District/off: 0313-2          User: ChrissyW           Page 2 of 2            Date Rcvd: Aug 11, 2020
                              Form ID: 167             Total Noticed: 10
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          THOMAS YOUNG.HAE SONG    on behalf of Creditor    LSF10 MASTER PARTICIPATION TRUST paeb@fedphe.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          TOTAL: 10

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Michael Alexander David
    Debtor(s)

Case No: 19–14074–amc
Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

Objection to Certification of Default filed by Creditor U.S. BANK TRUST, N.A Et.Al

on: 9/9/20

at: 11:00 AM

in: Courtroom #4, 900 Market Street, Philadelphia, PA 19107

For The Court

Date:  8/11/20

Timothy B. McGrath
Clerk of Court

70 – 69
Form 167