| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
**Chapter 13 Case No. 19-14074-AMC**

MICHAEL ALEXANDER DAVID
6037 LANSDOWNE AVE
PHILADELPHIA  PA    19151

Petition Filed Date: 06/26/2019
341 Hearing Date: 08/09/2019
Confirmation Date: 07/15/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 07/30/2019 | $916.75 | Monthly Plan P | 09/20/2019 | $970.00 | MoneyGram Pa | 10/24/2019 | $916.75 | |
| 11/22/2019 | $916.75 | | 12/17/2019 | $916.75 | | 01/24/2020 | $1,205.03 | |
| 02/19/2020 | $1,205.03 | | 05/13/2020 | $2,410.06 | | 06/11/2020 | $1,170.00 | |
| 07/30/2020 | $1,170.00 | | | | | | | |

**Total Receipts for the Period:  $11,797.12    Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $11,797.12**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | PA DEPARTMENT OF REVENUE »» 01S | Secured Creditors | $636.83 | $0.00 | $636.83 |
| 2 | PA DEPARTMENT OF REVENUE »» 01P | Priority Crediors | $2,812.01 | $0.00 | $2,812.01 |
| 3 | PA DEPARTMENT OF REVENUE »» 01U | Unsecured Creditors | $564.69 | $0.00 | $564.69 |
| 4 | PINNACLE CREDIT SERVICES LLC »» 002 | Unsecured Creditors | $249.35 | $0.00 | $249.35 |
| 5 | CALIBER HOME LOANS INC »» 003 | Mortgage Arrears | $55,623.24 | $0.00 | $55,623.24 |
| 6 | M&T BANK »» 004 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 7 | CITY OF PHILADELPHIA (LD) »» 005 | Secured Creditors | $2,161.88 | $0.00 | $2,161.88 |
| 8 | CITY OF PHILADELPHIA (LD) »» 006 | Secured Creditors | $0.00 | $0.00 | $0.00 |

Chapter 13 Case No. 19-14074-AMC

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $11,797.12 | Current Monthly Payment: | $1,170.00 |
| Paid to Claims: | $0.00 | Arrearages: | $1,457.88 |
| Paid to Trustee: | $1,112.64 | Total Plan Base: | $68,942.22 |
| Funds on Hand: | $10,684.48 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.