*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Michael Alexander David
    Debtor(s)

Case No: 19−14074−amc
Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

***RESCHEDULING NOTICE***
Motion for Relief from Stay RE : 111 WEST FORNANCE STREET, NORRISTOWN, PA 19401. Fee Amount $181.00,, Motion for Relief from Co−Debtor Stay Filed by DEUTSCHE BANK NATIONAL TRUST COMPANY ET. AL. Represented by JEROME B. BLANK (Counsel).

on: 9/16/20

at: 11:00 AM

in: Courtroom #4, 900 Market Street, Philadelphia, PA 19107

For The Court

Date:  8/25/20

Timothy B. McGrath
Clerk of Court

73 − 69
Form 167