United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Michael Alexander David  
      Debtor

Case No. 19-14074-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: Joan    Page 1 of 1    Date Rcvd: Aug 25, 2020  
                        Form ID: 167    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 27, 2020.  
db        +Michael Alexander David,    6037 Lansdowne Ave,    Philadelphia, PA 19151-3937

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
cr        +E-mail/Text: bnc@atlasacq.com Aug 26 2020 03:51:53    Atlas Acquisitions LLC,    294 Union St.,    Hackensack, NJ 07601-4303  
                                                                                                                        TOTAL: 1

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 27, 2020                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 25, 2020 at the address(es) listed below:
        JERMAINE D. HARRIS    on behalf of Debtor Michael Alexander David jermaineh02@msn.com  
        JEROME B. BLANK    on behalf of Creditor    LSF10 MASTER PARTICIPATION TRUST paeb@fedphe.com  
        PAMELA ELCHERT THURMOND    on behalf of    Water Revenue Bureau Group MSB pamela.thurmond@phila.gov,     karena.blaylock@phila.gov  
        POLLY A. LANGDON    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com  
        REBECCA ANN SOLARZ    on behalf of Creditor    LAKEVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com  
        ROBERT J. DAVIDOW    on behalf of Creditor    U.S. BANK TRUST, N.A Et.Al     robert.davidow@phelanhallinan.com  
        SCOTT F. WATERMAN (Chapter 13)    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)     ECFMail@ReadingCh13.com  
        SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com  
        THOMAS YOUNG.HAE SONG    on behalf of Creditor    LSF10 MASTER PARTICIPATION TRUST paeb@fedphe.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                                                                       TOTAL: 10

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Michael Alexander David
    Debtor(s)

Case No: 19–14074–amc
Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

\***RESCHEDULING NOTICE**\*
Motion for Relief from Stay RE : 111 WEST FORNANCE STREET, NORRISTOWN, PA 19401. Fee Amount $181.00,, Motion for Relief from Co–Debtor Stay Filed by DEUTSCHE BANK NATIONAL TRUST COMPANY ET. AL. Represented by JEROME B. BLANK (Counsel).

on: 9/16/20

at: 11:00 AM

in: Courtroom #4, 900 Market Street, Philadelphia, PA 19107

For The Court

Date:  8/25/20

Timothy B. McGrath
Clerk of Court

73 – 69
Form 167