UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    Michael Alexander David,<br><br>Debtor. | Case No.: 19-14074-jkf<br>CHAPTER 13<br><br>REQUEST FOR NOTICE |

**REQUEST OF SN SERVICING FOR SERVICE OF NOTICES PURSUANT TO FED. R. BANKR. P. 2002(g)**

TO:    UNITED STATES BANKRUPTCY JUDGE, THE DEBTORS, AND ALL INTERESTED PARTIES

**PLEASE TAKE NOTICE** that SN SERVICING as servicer for U.S. Bank Trust National Association as Trustee of the Igloo Series IV Trust ("SNSC"), a creditor in the above – captioned bankruptcy case, hereby requests notice of all events, pleadings, or documents filed in the above-referenced bankruptcy, including all pleadings or notices under Federal Rules of Bankruptcy Procedure, Rule 2002 and 9007, the commencement of any adversary proceedings, the filing of any requests for hearing, objections, and/or notices of motion, or any other auxiliary filings, as well as notice of all matters which must be noticed to creditors, creditors' committees and parties-in-interest and other notices as required by the United States Bankruptcy Code and Rules and/or Local Rules of the above-referenced bankruptcy court.

    SNSC requests that for all notice purposes and for inclusion in the Master Mailing List in this case, the following address be used:

1  **PHYSICAL ADDRESS:**       **EMAIL ADDRESS:**
   SN Servicing Corporation    BKNotices@snsc.com
2  323 5th Street
3  Eureka, CA 95501

4

5

6  Dated: October 7, 2020      By: /s/ Kathy Watson
                               Kathy Watson
7                              c/o SN Servicing Corporation
                               Bankruptcy Asset Manager
8                              323 5th Street
                               Eureka, CA 95501
9                              800-603-0836
10                             BKNotices@snservicing.com

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**2**
REQUEST FOR NOTICE

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF PENNSYLVANIA

In Re: ) Case No.: 19-14074-jkf
    Michael Alexander David, )
     ) CHAPTER 13
    Debtor. )
     ) **REQUEST FOR NOTICE**

**REQUEST OF SN SERVICING FOR SERVICE OF NOTICES PURSUANT TO FED. R. BANKR. P. 2002(g)**

TO:    UNITED STATES BANKRUPTCY JUDGE, THE DEBTORS, AND ALL INTERESTED PARTIES

**PLEASE TAKE NOTICE** that SN SERVICING as servicer for U.S. Bank Trust National Association as Trustee of the Igloo Series IV Trust ("SNSC"), a creditor in the above – captioned bankruptcy case, hereby requests notice of all events, pleadings, or documents filed in the above-referenced bankruptcy, including all pleadings or notices under Federal Rules of Bankruptcy Procedure, Rule 2002 and 9007, the commencement of any adversary proceedings, the filing of any requests for hearing, objections, and/or notices of motion, or any other auxiliary filings, as well as notice of all matters which must be noticed to creditors, creditors' committees and parties-in-interest and other notices as required by the United States Bankruptcy Code and Rules and/or Local Rules of the above-referenced bankruptcy court.

    SNSC requests that for all notice purposes and for inclusion in the Master Mailing List in this case, the following address be used:

**1**
REQUEST FOR NOTICE

| | | |
|---|---|---|
| 1 | **PHYSICAL ADDRESS:** | **EMAIL ADDRESS:** |
| 2 | SN Servicing Corporation | BKNotices@snsc.com |
|   | 323 5th Street | |
| 3 | Eureka, CA 95501 | |

Dated:  October 7, 2020         By:  /s/ Kathy Watson
                                    Kathy Watson
                                    c/o SN Servicing Corporation
                                    Bankruptcy Asset Manager
                                    323 5th Street
                                    Eureka, CA 95501
                                    800-603-0836
                                    BKNotices@snservicing.com

**2**
REQUEST FOR NOTICE