United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                          Case No. 19-14074-amc

Michael Alexander David                                                          Chapter 13

     Debtor(s)

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: Adminstra | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Dec 17, 2020 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 19, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michael Alexander David, 6037 Lansdowne Ave, Philadelphia, PA 19151-3937 |
| cr | + | SN Servicing Corporation as servicer for U.S. Bank, Friedman Vartolo, LLP, 85 Broad Street, Suite 501, New York, NY 10004-1734 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 19, 2020                    Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 17, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| JERMAINE D. HARRIS | on behalf of Debtor Michael Alexander David jermaineh02@msn.com |
| JEROME B. BLANK | on behalf of Creditor LSF10 MASTER PARTICIPATION TRUST paeb@fedphe.com |
| LORRAINE GAZZARA DOYLE | on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of the Igloo Series IV Trust Lorraine@mvrlaw.com  Diane@mvrlaw.com;bankruptcy@friedmanvartolo.com |
| PAMELA ELCHERT THURMOND | on behalf of Water Revenue Bureau Group MSB pamela.thurmond@phila.gov  karena.blaylock@phila.gov |
| POLLY A. LANGDON | on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com |

REBECCA ANN SOLARZ
                     on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com

ROBERT J. DAVIDOW
                     on behalf of Creditor U.S. BANK TRUST  N.A Et.Al robert.davidow@phelanhallinan.com

SCOTT F. WATERMAN (Chapter 13)
                     on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFMail@ReadingCh13.com

SCOTT F. WATERMAN (Chapter 13)
                     ECFMail@ReadingCh13.com

THOMAS YOUNG.HAE SONG
                     on behalf of Creditor LSF10 MASTER PARTICIPATION TRUST paeb@fedphe.com

United States Trustee
                     USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 11

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Michael Alexander David
                    Debtor

        SN Servicing Corporation as
        servicer for U.S. Bank Trust
        National Association, as Trustee of
        the Igloo Series IV Trust
                    Movant

        Michael Alexander David
        Scott F. Waterman- Trustee
                    Respondents

Case No.: 19-14074-amc

Chapter 13

Judge: Ashely M. Chan

Hearing Date:
October 21, 2020

**CONSENT ORDER RESOLVING CERTIFICATION OF DEFAULT**

The consent order set forth on the following pages, numbered two (2) through three (3), is hereby
**ORDERED**.

**Date: December 16, 2020**

_____
ASHELY M. CHAN
United States Bankruptcy Judge

| | |
|---|---|
| Applicant: | SN Servicing Corporation as servicer for U.S. Bank Trust National Association, as Trustee of the Igloo Series IV Trust |
| Applicant's Counsel: | Friedman Vartolo LLP |
| Debtor's Counsel: | Jermaine D. Harris, Esq. |
| Property (Collateral): | 6037 Lansdowne Avenue, Philadelphia, PA 19151 |

Relief Sought:
- Relief from Automatic Stay

For good cause shown, it is **ORDERED** that Applicant's Motion is resolved, subject to the following conditions:

1. Status of Arrearages:

- The Debtor is overdue for **8** months, from **April 1, 2020** to **November 1, 2020**.

- The Debtor is overdue for **8** payments at **$774.62** per month.

- The Debtor is due for **5** stipulation payments, from **March 1, 2020** to **July 1, 2020**.

- The Debtor is due for **5** stipulation payments at **$306.84** per month.

- Suspense Balance is **$306.80**

    Total Arrearages Due: **$7,424.36**

2. Cure for Post-Petition Arrearages:

- Debtor shall tender $7,424.36 to secured creditor on or before December 1, 2020.

- Beginning on **December 1, 2020**, regular monthly payments shall resume in the amount of **$774.62**, or as further defined by the terms of the Note, Mortgage, or any payment change notices.

3. Payments to the Secured Creditor shall be made to the following address:

    Payments:    SN Servicing Corporation
    P.O. Box 660820
    Dallas, TX 75266

In the event of default:

    If the Debtor fails to make regular monthly payments or the additional monthly cure payment within thirty (30) days of the date the payments are due, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the

Bankruptcy Court, Certification specifying the Debtor's failure to comply with this Order. At the time the Certification is filed with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor, and the Debtor's Attorney.

The undersigned hereby consent to the form and entry of the foregoing order.

_____
Jermaine D. Harris, Esq.
*Attorney for Debtor*

/s/ Lorraine Gazzara Doyle, Esq.
Lorraine Gazzara Doyle, Esq.
*Attorney for Secured Creditor*

/s/ Polly S. Langdon for
_____
Scott F. Waterman- Trustee