JERMAINE HARRIS, ESQUIRE  
ID# 81605  
100 South Broad Street, Suite 1523  
Philadelphia, PA 19110  
(215)568-0493

ATTORNEY FOR DEBTOR

## UNITED STATES BANKRUPTCY COURT EASTERN DISTRICT OF PENNSYLVANIA

In re:                             :          Bankruptcy Case# 19-14074  
    Michael David         :  
                            :

### PRAECIPE TO SUPPLEMENT EXHIBIT OF OBJECTION TO CERTIFICATION OF DEFAULT

TO THE CLERK OF THE UNITED STATES BANKRUPTCY COURT:

Kindly attach the herein as an exhibit to Debtor's Objection to Certification of Default filed on January 15, 2021.

Dated: January 27, 2021

\s\  
_____  
Jermaine Harris, Esquire  
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I, Jermaine Harris, hereby certify that I served a true and correct copy of the foregoing upon all interested parties via the court's electronic filing system on January 27, 2021.

\s\
_____

Dated: January 27, 2021

Jermaine Harris, Esquire

  

Contact

≫ Navigation Menu

## Online Payment Confirmation

Thank you for submitting your online payment.

Your payment of **$774.62** for loan number **XXXXXX8736** has been submitted. Please print this page for your records.

Please be advised that processing will take 1-4 business days. If your payment has not been posted to your account by that time, please contact Customer Service for assistance.

**Your payment has been submitted. Do not use the Back or Refresh buttons as this may submit additional payments. Until they are processed, payments can be changed or deleted using either the "View Payments (./PaymentCenter.aspx)" page or by clicking the "Change Pending Payments" button below.**

You will also receive a remittance advice from our Customer Service department via email from CustomServ@snsc.com (mailto:CustomServ@snsc.com). These email notifications may be forwarded to your SPAM or bulk mail folder depending upon your email settings. Please check with your email provider to learn more about changing your SPAM settings to allow these notifications to be delivered to your inbox.

Your payment will be processed through a third party that observes holidays as established by the Federal Government. A list of federal holidays can be obtained from http://www.opm.gov/fedhol/ (http://www.opm.gov/fedhol/).

**You currently have 1 pending payment(s)**

| Loan | Amount | Payment Date |
|---|---|---|
| XXXXXX8736 | $774.62 | 1/27/2021 |

Change Pending Payments

Welcome (Default.aspx) | Make Payment (Payment.aspx) | View Payments (PaymentCenter.aspx) | View Billing Statement (BillingStatementSummary.aspx) | Billing Statement (BillingStatementRequest.aspx) | Loan Status (LoanStatus.aspx) | Payoff Quote (PayoffQuote.aspx) | Year-End Tax Information (YearEndTax.aspx) | Home Insurance Information (HomeInsurance.aspx) | Personal Information (PersonalInformation.aspx) | Change Profile (ChangeProfile.aspx)

Privacy Policy (../PrivacyPolicy.aspx) / Terms & Conditions (../TermsAndConditions.aspx)

© 2021 Security National Master Holding Company, LLC. All rights reserved.