

85 Broad St., Suite 501, New York, New York 10004
t: 212.471.5100   f:212.471.5150
friedmanvartolo.com

February 9, 2021

Honorable Judge Ashely M. Chan
United States Bankruptcy Court
Robert N.C. Nix Sr. Federal Courthouse
900 Market Street, Suite 201
Philadelphia, PA 19107

**RE: Michael Alexander David (19-14074-amc)**

Dear Honorable Judge Frank:

Please be advised our office represents Secured Creditor SN Servicing Corporation in the above referenced matter. Our office hereby withdraws our Certification of Default filed on January 12, 2021 (Docket #84).

Please do not hesitate to contact our office should you have any questions or require any additional information regarding this matter. Thank you for your time and attention to this matter.

                                  Respectfully Submitted,

                                  By: /s/ Lorraine Gazzara Doyle
                                  Lorraine Gazzara Doyle, Esq.
                                  FRIEDMAN VARTOLO LLP
                                  Attorneys for Movant
                                  1325 Franklin Avenue, Suite 230
                                  Garden City, New York 11530
                                  T: (212) 471-5100
                                  F: (212) 471-5150
                                  Bankruptcy@FriedmanVartolo.com