| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 19-14074-AMC**

MICHAEL ALEXANDER DAVID
6037 LANSDOWNE AVE
PHILADELPHIA  PA    19151

Petition Filed Date: 06/26/2019
341 Hearing Date: 08/09/2019
Confirmation Date: 07/15/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/24/2020 | $1,205.03 | | 02/19/2020 | $1,205.03 | | 05/13/2020 | $2,410.06 | |
| 06/11/2020 | $1,170.00 | | 07/30/2020 | $1,170.00 | | 08/24/2020 | $1,170.00 | |
| 09/29/2020 | $1,170.00 | | 10/29/2020 | $1,170.00 | | 12/09/2020 | $1,170.00 | |
| 01/25/2021 | $1,170.00 | | 02/11/2021 | $1,170.00 | | 03/09/2021 | $1,170.00 | |
| 04/21/2021 | $1,170.00 | | 05/10/2021 | $1,170.00 | | | | |

**Total Receipts for the Period: $17,690.12   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $22,327.12**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 1 | PA DEPARTMENT OF REVENUE »» 01S | Secured Creditors | $636.83 | $179.93 | $456.90 |
| 2 | PA DEPARTMENT OF REVENUE »» 01P | Priority Crediors | $2,812.01 | $2,812.01 | $0.00 |
| 3 | PA DEPARTMENT OF REVENUE »» 01U | Unsecured Creditors | $564.69 | $0.00 | $564.69 |
| 4 | PINNACLE CREDIT SERVICES LLC »» 002 | Unsecured Creditors | $249.35 | $0.00 | $249.35 |
| 5 | SN SERVICING CORPORATION »» 003 | Mortgage Arrears | $55,623.24 | $16,718.87 | $38,904.37 |
| 6 | M&T BANK »» 004 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 7 | CITY OF PHILADELPHIA (LD) »» 005 | Secured Creditors | $2,161.88 | $649.81 | $1,512.07 |
| 8 | CITY OF PHILADELPHIA (LD) »» 006 | Secured Creditors | $0.00 | $0.00 | $0.00 |

Chapter 13 Case No. 19-14074-AMC

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $22,327.12 | Current Monthly Payment: | $1,170.00 |
| Paid to Claims: | $20,360.62 | Arrearages: | $2,627.88 |
| Paid to Trustee: | $1,955.03 | Total Plan Base: | $68,942.22 |
| Funds on Hand: | $11.47 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.