### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: <br>     Michael Alexander David | Chapter 13 <br><br> Bk. 19-14074 |

### OBJECTION TO CERTIFICATION OF DEFAULT FILED ON JULY 19, 2022

1. Debtor filed the instant bankruptcy on July 26, 2019.

2. One of Debtor's creditors is SN Servicing Corporation, who is a secured creditor of Debtor on his primary residence.

3. The parties entered into a Stipulation which was approved by this Court on December 16, 2020 resolving a Motion for Relief concerning delinquent mortgage payments.

4. Debtor was unable to make to make the necessary payments pursuant to the stipulation due to financial hardship.

5. Specifically, between May 2022 and July 25, 2022, Debtor was experiencing significant medical impairments, was hospitalized and was unable to make financial payments during this period.

6. Creditor filed a Certification of Default on July 19, 2022 averring that Debtor was delinquent post petition for $2,384.45. see attached Exhibit A.

7. Debtor has since paid the Default and there is no longer a monetary default. See attached Exhibit B.

**WHEREFORE**, Debtor requests that this Honorable Court sustain the herein Objection to Certification of Default and enter the attached Order.

Dated: July 28, 2022

\s\
_____
Jermaine Harris, Esquire
Attorney for Debtor Michael Alexander David
100 South Broad Street, Suite 1523
Philadelphia, PA 1910
(215)385-1091

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| Michael Alexander David | : | |
| | : | Bk. 19-14074 |
| | : | |

### ORDER

AND NOW, this _____ day of _____, 2022, upon consideration of Debtor's Objection to Certification of Default and any response thereto,

IT IS HEREBY ORDERED THAT Debtor's Objection is SUSTAINED and SN Servicing Corporation's Certification of Default is DENIED.

_____
J.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| Michael Alexander David | : | |
| | : | Bk. 19-14074 |

CERTIFICATE OF SERVICE OF OBJECTION TO CERTIFICATION OF DEFAULT

I, Jermaine Harris, Esquire, hereby certify that I served a true and correct copy of Debtor's objection to Certification of Default upon the below listed via the Court's electronic filing system:

Lauren M. Moyer, Esquire
Friedman Vartolo LLP
1325 Franklin Avenue, Suite 160
Garden City, New York 11530

Standing Chapter 13 Trustee
William C. Miller, Esquire
PO Box 1229 Philadelphia, PA 19107

\s\
_____
Jermaine Harris, Esquire
100 South Broad Street, Suite 1523
Philadelphia, PA 19110
(215)385-1091

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | Case No.: 19-14074-amc |
| Debtor<br>Michael Alexander David | Chapter: 13 |
| | Judge: Ashely M. Chan |
| Movant<br>v.<br>SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee for the Bungalow Series IV Trust<br>Debtor<br>SCOTT F. WATERMAN<br>- Trustee<br>Respondents | |

**CERTIFICATION OF DEFAULT**

FRIEDMAN VARTOLO, LLP, attorneys for Movant, hereby certifies that the above-captioned Debtor have failed to comply with the terms of the Stipulation approved by the U.S. Bankruptcy Judge Ashely M. Chan on December 16, 2020. A copy of the Stipulation is attached hereto as Exhibit "A". Debtor is post-petition due for 3 monthly payments at $791.29 per month for the months of May 1, 2022 – July 1, 2022; accrued late charges of $143.28; attorneys' fees of $500.00; less suspense in the amount of $632.70. The total to post-petition reinstate is $2,384.45. In accordance with the terms of said Stipulation agreed to by the parties, the Automatic Stay is hereby lifted as to permit Movant to proceed with their State Court remedies upon Debtor's property.

Dated: 7/19/2022

By: /s/ Lauren M. Moyer
Lauren M. Moyer, Esq.
FRIEDMAN VARTOLO LLP
Attorneys for Movant
1325 Franklin Avenue, Suite 160
Garden City, New York 11530
T: (212) 471-5100
F: (212) 471-5150
Bankruptcy@FriedmanVartolo.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | Case No.: 19-14074-amc |
| Debtor<br>Michael Alexander David | Chapter: 13 |
| | Judge: Ashely M. Chan |
| Movant<br>v.<br>SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee for the Bungalow Series IV Trust<br>Debtor<br>SCOTT F. WATERMAN<br>- Trustee<br>Respondents | |

**ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY**

**UPON** consideration of the Certification of Default filed by SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee for the Bungalow Series IV Trust dated _____ and with good cause therefore, it is

**ORDERED** the automatic stay, heretofore in effect pursuant to 11 U.S.C. § 362(a), is hereby vacated for cause pursuant to 11 U.S.C. § 362(d)(1) to permit Movant to exercise all rights available to it under applicable law with respect to 6037 Lansdowne Avenue, Philadelphia, PA 19151 and it is further;

**ORDERED** that in the event this case is converted to a case under any other chapter of the U.S. Bankruptcy Code, this Order will remain in full force and effect; and it is further;

**ORDERED** that the Movant shall promptly report to the Chapter 13 Trustee any surplus monies realized by any sale of the Property.

BY THE COURT:

_____

U.S.B.J.

# Exhibit "A"

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | Michael Alexander David<br>Debtor | Case No.: 19-14074-amc<br><br>Chapter 13 |
| | SN Servicing Corporation as servicer for U.S. Bank Trust National Association, as Trustee of the Igloo Series IV Trust<br>Movant | Judge: Ashely M. Chan<br><br>Hearing Date:<br>October 21, 2020 |
| | Michael Alexander David<br>Scott F. Waterman- Trustee<br>Respondents | |

## CONSENT ORDER RESOLVING CERTIFICATION OF DEFAULT

The consent order set forth on the following pages, numbered two (2) through three (3), is hereby **ORDERED**.

Date: December 16, 2020

_____
ASHELY M. CHAN
United States Bankruptcy Judge

Case 19-14074-amc    Doc 80    Filed 12/18/20    Entered 12/19/20 07:56:53    Desc Main
Document      Page 2 of 3

| | |
|---|---|
| Applicant: | SN Servicing Corporation as servicer for U.S. Bank Trust National Association, as Trustee of the Igloo Series IV Trust |
| Applicant's Counsel: | Friedman Vartolo LLP |
| Debtor's Counsel: | Jermaine D. Harris, Esq. |
| Property (Collateral): | 6037 Lansdowne Avenue, Philadelphia, PA 19151 |

Relief Sought:
- Relief from Automatic Stay

For good cause shown, it is **ORDERED** that Applicant's Motion is resolved, subject to the following conditions:

1. Status of Arrearages:

- The Debtor is overdue for **8** months, from **April 1, 2020** to **November 1, 2020**.
- The Debtor is overdue for **8** payments at **$774.62** per month.
- The Debtor is due for **5** stipulation payments, from **March 1, 2020** to **July 1, 2020**.
- The Debtor is due for **5** stipulation payments at **$306.84** per month.
- Suspense Balance is **$306.80**

    Total Arrearages Due: **$7,424.36**

2. Cure for Post-Petition Arrearages:

- Debtor shall tender $7,424.36 to secured creditor on or before December 1, 2020.
- Beginning on **December 1, 2020**, regular monthly payments shall resume in the amount of **$774.62**, or as further defined by the terms of the Note, Mortgage, or any payment change notices.

3. Payments to the Secured Creditor shall be made to the following address:

    Payments:   SN Servicing Corporation
    P.O. Box 660820
    Dallas, TX 75266

In the event of default:

If the Debtor fails to make regular monthly payments or the additional monthly cure payment within thirty (30) days of the date the payments are due, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the

Case 19-14074-amc    Doc 80    Filed 12/19/20    Entered 12/19/20 17:59:58    Desc Main
Document    Page 6 of 8

Bankruptcy Court, Certification specifying the Debtor's failure to comply with this Order. At the time the Certification is filed with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor, and the Debtor's Attorney.

The undersigned hereby consent to the form and entry of the foregoing order.

_____
Jermaine D. Harris, Esq.
*Attorney for Debtor*

/s/ Lorraine Gazzara Doyle, Esq.
Lorraine Gazzara Doyle, Esq.
*Attorney for Secured Creditor*

/s/ Polly S. Langdon for
_____
Scott F. Waterman- Trustee

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | Case No.: 19-14074-amc |
| Debtor<br>Michael Alexander David | Chapter: 13 |
| | Judge: Ashely M. Chan |
| Movant<br>v.<br>SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee for the Bungalow Series IV Trust<br>Debtor<br>SCOTT F. WATERMAN<br>- Trustee<br>Respondents | |

## **CERTIFICATE OF SERVICE**

I, Lauren M. Moyer, Esquire., certify that on _____, I caused to be served a true copy of the annexed **CERTIFICATION OF DEFAULT AND SUPPORTING DOCUMENTS**, by mailing by First Class Mail in a sealed envelope, with postage prepaid thereon, in a post office or official depository of the U.S. Postal Service addressed to the last known address of the addressee, and the property address as indicated on the attached Service List annexed hereto.

Dated: 7/19/2022

By: /s/ Lauren M. Moyer
Lauren M. Moyer, Esq.
FRIEDMAN VARTOLO LLP
Attorneys for Movant
1325 Franklin Avenue, Suite 160
Garden City, New York 11530
T: (212) 471-5100
F: (212) 471-5150
Bankruptcy@FriedmanVartolo.com

## SERVICE LIST

TO:

SCOTT F. WATERMAN (Chapter 13)
Chapter 13 Trustee
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606
**Trustee**

JERMAINE D. HARRIS
Jermaine D. Harris
21 South 12th Street Suite 100
Philadelphia, PA 19107
**Debtor's Counsel**

United States Trustee
Office of the U.S. Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106
**U.S. Trustee**

Michael Alexander David
6037 Lansdowne Ave
Philadelphia, PA 19151
**Debtor**

# EXHIBIT B

SN Servicing
SN Servicing  SN Servicing

Contact
Equal Housing Opportunity
Equal Housing Opportunity
Contact
Navigation Menu

- Log Off
- Services
- Make Payment
- View Online Payments
- Billing Statements
- Loan Activity
- Loan Status
- Payoff Quote
- Year End Tax
- Personal Information
- Privacy Information
- Change Profile
- Change Username
- Change Password
- Change Secret Question
- Manage Alerts
- Privacy Policy
- Terms and Conditions
- SNSC Home
- Contact

# View Online Payments

This page will allow you to view all payments made through this website, manage currently scheduled payments and manage your checking account information used to make payments.

## Bank Accounts

Update your existing bank account information or add additional bank accounts.

Manage Bank Accounts

## Scheduled Payments

No payments have been scheduled on your account. Click here to make a New Payment.

## Online Payment History

These are the past six months of payments that have processed through the online payment system.

| Loan | Account | Amount | Payment Date |
|---|---|---|---|
| XXXXXX8736 | AMERICAN HERITAGE FCU | $2,384.45 | 7/27/2022 |
| XXXXXX8736 | AMERICAN HERITAGE FCU | $774.62 | 7/1/2022 |
| XXXXXX8736 | AMERICAN HERITAGE FCU | $620.97 | 4/29/2022 |
| XXXXXX8736 | WELLS FARGO BANK | $620.97 | 3/17/2022 |
| XXXXXX8736 | WELLS FARGO BANK | $620.97 | 2/7/2022 |

- Welcome
- Make Payment
- View Payments
- Billing Statements
- Loan Status
- Payoff Quote
- Year-End Tax Information
- Personal Information
- Change Profile

Privacy Policy / Terms & Conditions
© 2022 Security National Master Holding Company, LLC. All rights reserved.