| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
### Chapter 13 Case No. 19-14074-AMC

MICHAEL ALEXANDER DAVID  
6037 LANSDOWNE AVE  
PHILADELPHIA  PA    19151

Petition Filed Date: 06/26/2019  
341 Hearing Date: 08/09/2019  
Confirmation Date: 07/15/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/21/2021 | $1,170.00 | | 05/10/2021 | $1,170.00 | | 06/28/2021 | $1,170.00 | |
| 08/10/2021 | $1,170.00 | | 09/10/2021 | $1,170.00 | | 10/14/2021 | $1,170.00 | |
| 02/09/2022 | $5,000.00 | | 02/15/2022 | $1,170.00 | | 03/07/2022 | $2,340.00 | |
| 04/11/2022 | $1,170.00 | | 05/09/2022 | $1,170.00 | | 07/12/2022 | $1,170.00 | |

**Total Receipts for the Period:  $19,040.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $39,027.12**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 1 | PA DEPARTMENT OF REVENUE<br>»» 01S | Secured Creditors | $636.83 | $346.39 | $290.44 |
| 2 | PA DEPARTMENT OF REVENUE<br>»» 01P | Priority Creditors | $2,812.01 | $2,812.01 | $0.00 |
| 3 | PA DEPARTMENT OF REVENUE<br>»» 01U | Unsecured Creditors | $564.69 | $0.00 | $564.69 |
| 4 | PINNACLE CREDIT SERVICES LLC<br>»» 002 | Unsecured Creditors | $249.35 | $0.00 | $249.35 |
| 5 | SN SERVICING CORPORATION<br>»» 003 | Mortgage Arrears | $55,623.24 | $31,280.03 | $24,343.21 |
| 6 | M&T BANK<br>»» 004 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 7 | CITY OF PHILADELPHIA (LD)<br>»» 005 | Secured Creditors | $2,161.88 | $1,215.75 | $946.13 |
| 8 | CITY OF PHILADELPHIA (LD)<br>»» 006 | Secured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 19-14074-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $39,027.12 | Current Monthly Payment: | $1,170.00 |
| Paid to Claims: | $35,654.18 | Arrearages: | $2,307.88 |
| Paid to Trustee: | $3,361.21 | Total Plan Base: | $68,942.22 |
| Funds on Hand: | $11.73 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.