Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023  
Chapter 13 Case No. 19-14074-AMC

MICHAEL ALEXANDER DAVID  
6037 LANSDOWNE AVE  
PHILADELPHIA  PA    19151

Petition Filed Date: 06/26/2019  
341 Hearing Date: 08/09/2019  
Confirmation Date: 07/15/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/08/2022 | $1,170.00 | | 08/08/2022 | $1,170.00 | | 09/12/2022 | $1,170.00 | |
| 10/14/2022 | $1,170.00 | | 11/28/2022 | $1,170.00 | | 12/30/2022 | $1,170.00 | |
| 01/25/2023 | $1,170.00 | | 03/07/2023 | $1,170.00 | | 04/27/2023 | $1,170.00 | |
| 05/04/2023 | $1,170.00 | | 07/05/2023 | $1,170.00 | | | | |

**Total Receipts for the Period: $12,870.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $51,897.12**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 1 | PA DEPARTMENT OF REVENUE<br>»» 01S | Secured Creditors | $636.83 | $475.18 | $161.65 |
| 2 | PA DEPARTMENT OF REVENUE<br>»» 01P | Priority Crediors | $2,812.01 | $2,812.01 | $0.00 |
| 3 | PA DEPARTMENT OF REVENUE<br>»» 01U | Unsecured Creditors | $564.69 | $0.00 | $564.69 |
| 4 | PINNACLE CREDIT SERVICES LLC<br>»» 002 | Unsecured Creditors | $249.35 | $0.00 | $249.35 |
| 5 | SN SERVICING CORPORATION<br>»» 003 | Mortgage Arrears | $55,623.24 | $42,519.82 | $13,103.42 |
| 6 | M&T BANK<br>»» 004 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 7 | CITY OF PHILADELPHIA (LD)<br>»» 005 | Secured Creditors | $2,161.88 | $1,652.59 | $509.29 |
| 8 | CITY OF PHILADELPHIA (LD)<br>»» 006 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 0 | JERMAINE HARRIS ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 19-14074-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $51,897.12 | Current Monthly Payment: | $1,170.00 |
| Paid to Claims: | $47,459.60 | Arrearages: | $3,477.88 |
| Paid to Trustee: | $4,425.91 | Total Plan Base: | $68,942.22 |
| Funds on Hand: | $11.61 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.