Certificate Number: 14912-PAE-DE-038659132

Bankruptcy Case Number: 19-14074



14912-PAE-DE-038659132

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 12, 2024, at 11:07 o'clock AM EDT, Michael David completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   July 12, 2024                By:   /s/Jai Bhatt

Name:  Jai Bhatt

Title:   Counselor