Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024  
**Chapter 13 Case No. 19-14074-AMC**

MICHAEL ALEXANDER DAVID  
6037 LANSDOWNE AVE  
PHILADELPHIA  PA   19151

Petition Filed Date: 06/26/2019  
341 Hearing Date: 08/09/2019  
Confirmation Date: 07/15/2020

Case Status: Completed on 6/24/2024

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/30/2023 | $1,170.00 | | 10/03/2023 | $1,170.00 | | 10/24/2023 | $1,170.00 | |
| 12/05/2023 | $1,170.00 | | 02/05/2024 | $1,170.00 | | 02/05/2024 | $4,647.88 | |
| 03/05/2024 | $1,170.00 | | 04/03/2024 | $1,170.00 | | 05/03/2024 | $1,170.00 | |
| 06/04/2024 | $1,170.00 | | 06/24/2024 | $1,867.22 | | | | |

**Total Receipts for the Period:  $17,045.10    Amount Refunded to Debtor Since Filing:  $861.67    Total Receipts Since Filing: $68,942.22**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 1 | PA DEPARTMENT OF REVENUE<br>»» 01S | Secured Creditors | $636.83 | $636.83 | $0.00 |
| 2 | PA DEPARTMENT OF REVENUE<br>»» 01P | Priority Crediors | $2,812.01 | $2,812.01 | $0.00 |
| 3 | PA DEPARTMENT OF REVENUE<br>»» 01U | Unsecured Creditors | $564.69 | $564.69 | $0.00 |
| 4 | PINNACLE CREDIT SERVICES LLC<br>»» 002 | Unsecured Creditors | $249.35 | $249.35 | $0.00 |
| 5 | SN SERVICING CORPORATION<br>»» 003 | Mortgage Arrears | $55,623.24 | $55,623.24 | $0.00 |
| 6 | M&T BANK<br>»» 004 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 7 | CITY OF PHILADELPHIA (LD)<br>»» 005 | Secured Creditors | $2,161.88 | $2,161.88 | $0.00 |
| 8 | CITY OF PHILADELPHIA (LD)<br>»» 006 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 0 | JERMAINE HARRIS ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 0 | MICHAEL ALEXANDER DAVID | Debtor Refunds | $861.67 | $861.67 | $0.00 |

**Chapter 13 Case No. 19-14074-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $68,942.22 | Current Monthly Payment: | $0.00 |
| Paid to Claims: | $62,909.67 | Arrearages: | $0.00 |
| Paid to Trustee: | $6,032.55 | Total Plan Base: | $68,942.22 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.